McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

MAR 22 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JASON SHAYNE GOOLSBY, <br><br> Defendant. | CASE NO. 2:19-MJ-0017-EFB <br><br> ORDER TO UNSEAL COMPLAINT AND UNSEAL CASE |

Upon application of the United States of America and good cause having been shown, the Court hereby orders that the complaint and the case in the above-captioned matter be UNSEALED.

SO ORDERED.

Dated: 3-22-19

Hon. Deborah L. Barnes
United States Magistrate Judge

ORDER TO UNSEAL COMPLAINT AND UNSEAL CASE