1  McGREGOR W. SCOTT
   United States Attorney
2  TIMOTHY H. DELGADO
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-MJ-0017-EFB |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER DISMISSING COMPLAINT AND WITHDRAWING ARREST WARRANT |
| v. | |
| JASON SHAYNE GOOLSBY, | |
| Defendant. | |

**ORDER**

The United States has moved to dismiss the complaint against defendant Jason Shayne Goolsby, filed on January 18, 2019, and to withdraw the arrest warrant for Mr. Goolsby, also issued on that date. (ECF No. 1). The Court, having reviewed the motion, finds that it is made in good faith. *See United States v. Wallace*, 848 F.2d 1464, 1468 (9th Cir. 1988); *see also* Fed. R. Crim. P. 48(a). Accordingly, the Court orders that the complaint against Jason Shayne Goolsby be dismissed without prejudice. The Court further orders that the arrest warrant for Mr. Goolsby be withdrawn, and that the Clerk of the Court notify the United States Marshals Service promptly that the arrest warrant has been withdrawn.

SO ORDERED.

Dated: March 26, 2019

Hon. Edmund F. Brennan
United States Magistrate Judge